UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PATRICIA KENNEDY,

        Plaintiff,

v.                                                       Case No: 2:17-cv-696-FtM-38MRM

U AND V FOOD CORPORATION
and A-Z DISCOUNT BEVERAGE OF
NAPLES, INC.,

        Defendants.
                                           /

**<u>ORDER</u>**[1]

      Before the Court is Magistrate Judge Mac R. McCoy's Report and Recommendation. (Doc. 37). Judge McCoy recommends the denial of Plaintiff Patricia Kennedy's Motion for Entry of Judgment After Default and Verified Application for Attorney Fees, Costs, Expert Fees and Litigation Expenses. (Doc. 33). Neither party filed a timely objection to the Report and Recommendation, so the matter is ripe for review.

      After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. *See* 28 U.S.C. § 636(b)(1); *see also Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982). In the absence of specific objections, there is no

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

requirement that a district judge review factual findings *de novo*, *Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations, 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. *See Cooper-Houston v. Southern Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994).

After careful consideration and an independent review of the file, the Court accepts and adopts the Report and Recommendation (Doc. 37) in full.

Accordingly, it is now

**ORDERED:**

1. The Report and Recommendation (Doc. 37) is **ACCEPTED and ADOPTED** and incorporated into this Order.

2. Plaintiff Patricia Kennedy's Motion for Entry of Judgment After Default and Verified Application for Attorney Fees, Costs, Expert Fees and Litigation Expenses (Doc. 33) is **DENIED without prejudice**.

3. Kennedy is **DIRECTED** to inform the Court on or before February 11, 2019 as to how she would like to proceed. The failure to do so will result in the Court **dismissing** this case without further notice.

**DONE** and **ORDERED** in Fort Myers, Florida this 28thth day of January 2019.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record